UNITED STATES of America ex rel. Judah BISTON, Relator-Appellant, v. Major Hugh L. ROBERTS, Commanding Officer of the United States Armed Forces Induction Center, 480 Lexington Avenue, New York City, Respondent-Appellee.

No. 308.

Circuit Court of Appeals, Second Circuit.

April 11, 1945.

Meyer Kreeger, of New York City, for relator-appellant.

K. Bertram Friedman, and William L. Lynch, Asst. U. S. Attys., both of New York City (John F. X. McGohey, U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order reversed in open court.